UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHWAN MARROKI,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of<br>of Homeland Security, et al.,<br><br>  Defendants. | No. 07cv1841-JLS (NLS)<br><br>ORDER |

The provisions set forth in the Joint Motion to Remand filed by the parties in this case are approved and so ordered. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application without unreasonable delay. Petitioner has leave to amend his Complaint within sixty days of this Order.

**It is so ordered.**

DATED: December 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge